UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA                    Criminal No. 98-54

vs.                                          Order of Reassignment

ANTHONY SIMPSON


It is on this   17th     day of April, 2008

O R D E R E D  that the entitled action is reassigned from

JUDGE ALFRED M. WOLIN TO  JUDGE WILLIAM J. MARTINI.


S/ Garrett E. Brown, Jr.
GARRETT E. BROWN, JR. CHIEF JUDGE
UNITED STATES DISTRICT COURT