# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
# DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**THOMAS S. LARSON**
SUPERVISING PROBATION OFFICER

200 FEDERAL PLAZA
ROOM 130
P.O. BOX 2097
PATERSON, NJ 07509-2097
(973) 357-4080
FAX: (973) 357-4092

The Honorable Alfred M. Wolin-Designate
United States District Court Judge
Martin Luther King Jr, Federal Building and Courthouse
P.O. Box 0999
Newark, NJ 07102-0999

RE: U.S. v. Anthony Simpson
Dkt. No. 2:98-CR-54-001
<u>Notice of Non-Compliance</u>

Dear Judge Wolin-Designate:

On July 14, 1998, Simpson appeared before United States District Judge Alfred M. Wolin on July 14, 1998, and was sentenced to 188 months imprisonment followed by five years supervised release on two counts of Possession With Intent to Distribute More Than 50 Grams of Cocaine Base. In addition to the standard and mandatory conditions of supervision, the Court ordered that the offender refrain from the illegal possession and/or use of drugs, and that he shall submit to urinalysis or other forms of testing to ensure compliance. It further ordered that the offender shall submit to drug treatment, on an outpatient or inpatient basis, if directed by the U.S. Probation Office. The offender has been supervised by the U.S. Probation Department in the Middle District of Georgia since his release from custody on April 9, 2009.

    The purpose of this letter is to report Simpson's non-compliance with the conditions of his supervision. Specifically, On May 6, 2010, the offender submitted a urine sample which tested positive for cocaine and marijuana. He again tested positive for cocaine on August 11, 2010. Simpson was issued a verbal reprimand for his drug use and was re-instructed on the conditions of supervised release. He was additionally reminded that mandatory revocation is required should he test positive for controlled substances more than three times over the course of one year. Simpson is pending a substance abuse evaluation and will likely be placed into treatment.

    In view of the above cited instances of non-compliance, it does not appear that a violation hearing is warranted at this time. If Your Honor requests an alternative course of action, please advise. We will make ourselves available should the Court wish to discuss this matter. You may contact the undersigned at the telephone number listed above.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Kevin P. Egli
U.S. Probation Officer

**RECEIVED**
NOV 0 8 2010
*CHAMBERS OF*
*HONORABLE SUSAN D. WIGENTON*

Enclosure

PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
### Report on Offender Under Supervision

Name of Offender: Anthony Simpson                    Docket No. : 2:98-CR-54-001

Name of Sentencing Judicial Officer: Alfred M. Wolin, U.S.D.J.

Date of Original Sentence: 07/14/98

Original Offense: Possession With Intent to Distribute More Than 50 Grams of Cocaine Base (2 Cts.)

Original Sentence: 188 months imprisonment followed by a 5 year term of supervised release

Type of Supervision: Supervised Release                    Date Supervision Commenced: 04/09/09

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision conditions which state 'You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.' and 'The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.' |
| | On May 6, 2010, Simpson tested positive for the use of marijuana and cocaine, and on August 11, 2010 he tested positive for the use of cocaine. |

**U.S. Probation Officer Action:**

As a sanction for these violations the offender was verbally reprimanded and informed the Court would be notified. The probation office will increase the frequency of urinalysis and contact with the offender. Additionally, a substance abuse evaluation is pending and he will likely be placed into treatment.

Respectfully submitted,

By: Kevin P. Egli
    U.S. Probation Officer

Date: 08/13/10

PROB 12A - Page 2
Anthony Simpson

*No response is necessary unless the Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

November 29, 2010
Date