PROB 12C
(7/93)

## United States District Court

for

District of New Jersey

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony Simpson                Docket Number: 2:98-CR-54-001
                                                 PACTS Number: 19129

Name of Sentencing Judicial Officer: Honorable Alfred M. Wolin, USDJ, District of New Jersey

Date of Original Sentence: 07/14/1998

Name of Assigned Judicial Officer: Honorable Susan D. Wigenton, USDJ

Original Offense: Possession With Intent to Distribute More Than 50 Grams of Cocaine Base

Original Sentence: 188 months imprisonment; 5 years supervised release; $1,000 fine; special assessment.

Type of Supervision: Supervised Release                Date Supervision Commenced: 04/09/09

Assistant U.S. Attorney: (To be assigned) 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

Defense Attorney: Federal Public Defender Office (to be assigned), 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                    The offender has violated the supervision condition which states 'The defendant
                     refrain from the illegal possession and/or use of drugs and shall submit to
                     urinalysis or other forms of testing to ensure compliance. It is further
                     ordered that the defendant shall submit to drug treatment, on an outpatient
                     or inpatient basis, as directed by the U.S. Probation Office. The defendant
                     shall abide by the rules of any program and shall remain in treatment until
                     satisfactorily discharged with the approval of the U.S. Probation Office.

                     Since the commencement of supervised release, Simpson has tested positive for
                     drug use on three occasions. On May 6, 2010 and August 11, 2010, he submitted
                     urine samples which tested positive for cocaine and marijuana. On December
                     13, 2010, the offender again tested positive for marijuana.

2                    The offender has violated the supervision condition which states 'The defendant
                     refrain from the illegal possession and/or use of drugs and shall submit to
                     urinalysis or other forms of testing to ensure compliance. It is further

PROB 12C - Page 2
Anthony Simpson

ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

The offender failed to attended and complete The Phoenix substance abuse program in Thomasville, Georgia.

I declare under penalty of perjury that the foregoing is true and correct.

By: Kevin P. Egli
U.S. Probation Officer
Date: 01/26/11

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

February 8, 2011

Date